Adam B. Stirrup, No. 257683
BARADAT & PABOOJIAN, INC.
720 West Alluvial Avenue
Fresno, California 93711
Telephone: (559) 431-5366
Facsimile: (559) 431-1702

Attorneys for Plaintiff
PATRICK WARNSHUIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WARNSHUIS,<br><br>        Plaintiff,<br><br>  vs.<br><br>AMAZON.COM, INC.; AMAZON SERVICES, LLC; VALEANT PHARMACEUTICALS NORTH AMERICA, LLC; PRODUCT QUEST MANUFACTURING, LLC; BAUSCH HEALTH US, LLC; and DOES 1 to 50, inclusive,<br><br>        Defendants. | Case No. 1:19-cv-01454-AWI-BAM<br><br>**[PROPOSED] ORDER ON STIPULATION RE: AMENDED COMPLAINT IN LIEU OF RESPONDING TO MOTION TO DISMISS** |

    WHEREAS the parties have executed a Stipulation regarding Plaintiff amending his Superior Court Complaint and removal to Defendant BAUSCH HEALTH US, LLC's pending Federal Rule of Civil Procedure 12(b)(6) Motion from the Court's calendar.

    Good cause appearing, the Stipulation is APPROVED and it is so ORDERED:

    1.    Plaintiff, PATRICK WARNSHUIS, shall have ten (10) days from the date of this Order to file a Second Amended Complaint.

    2.    Defendant BAUSCH HEALTH US, LLC's pending 12(b)(6) Motion to Dismiss shall be removed from the Court's calendar, without prejudice to Defendant, BAUSCH HEALTH US, LLC's, future right to respond to Plaintiff's Second Amended Complaint and preserving Defendant

BAUSCH HEALTH US, LLC's objections or defenses thereto.

3. Defendant BAUSCH HEALTH US, LLC's response to the Second Amended Complaint shall be filed within twenty one (21) days from the date Plaintiff files the Second Amended Complaint.

4. Any defendant filing a responsive pleading to the Second Amended Complaint shall have twenty one (21) days from the date Plaintiff files the Second Amended Complaint to file a response.

IT IS SO ORDERED

IT IS SO ORDERED.

Dated: January 21, 2020

_____
SENIOR DISTRICT JUDGE