UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WARNSHUIS,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMAZON.COM, INC.; AMAZON SERVICES, LLC; VALEANT PHARMACEUTICALS NORTH AMERICA, LLC; PRODUCT QUEST MANDUFACTURING, LLC; BAUSCH HEALTH US, LLC; and DOES 1 to 5, inclusive,<br><br>            Defendants. | Case No. 1:19-cv-01454-AWI-BAM<br><br>ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS<br><br>(Doc. No. 66.) |

On December 20, 2020, Plaintiff Patrick Warnshuis notified the Court that the parties had reached a settlement. (Doc. No. 63.) On January 4, 2021, the Court ordered Plaintiff to file appropriate papers to dismiss or conclude this action no later than February 16, 2021. (Doc. No. 64.) On February 12, 2021, Plaintiff filed this request for Continuance of Dismissal Deadline to allow time to finalize settlement. (Doc. No. 66.)

Pursuant to Plaintiff's request, and good cause appearing, the Court HEREBY GRANTS the request. The Plaintiff shall file the appropriate papers to dismiss or conclude this action no later than March 19, 2021.

IT IS SO ORDERED.

Dated:   **February 16, 2021**          /s/ *Barbara A. McAuliffe*          
                                                                 UNITED STATES MAGISTRATE JUDGE

1